STANDUN, INC., Plaintiff-Appellant,

v.

POLYCRAFT CORPORATION,
Defendant-Appellee.

No. 76–1988.

United States Court of Appeals,
Seventh Circuit.

Argued Feb. 15, 1977.

Decided Feb. 25, 1977.

Thomas P. Mahoney, Santa Monica, Cal., Dennis M. McWilliams, Chicago, Ill., for plaintiff-appellant.

Robert E. Wagner, Chicago, Ill., for defendant-appellee.

Before FAIRCHILD, Chief Judge, and PELL and TONE, Circuit Judges.

PER CURIAM.

The opinion of the District Court, 426 F.Supp. 649 (N.D.Ill.1976), is adopted as the opinion of this court, and the judgment is affirmed.

AFFIRMED.